

# COURT OF APPEALS

| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

February 16, 2022

Charlton Ellison Bradshaw
#1703357
Connally Unit
899 FM 632
Kenedy, TX 78119

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-11-00173-CR
      Trial Court Case Number:   2009CR12809A
      Style:  Charlton Ellison Bradshaw
                  v.
              The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221



# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-11-00173-CR

Charlton Ellison **BRADSHAW,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12809A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

In 2011, a jury found Appellant Charlton Ellison Bradshaw guilty of capital murder, and he was sentenced to imprisonment for life without the possibility of parole. On May 9, 2012, in appeal number 04-11-00173-CR, this court issued its memorandum opinion which affirmed the trial court's judgment. On November 16, 2012, this court issued its mandate in that appeal.

On February 10, 2022, Appellant filed his "Motion for an Evidentiary Hearing."

This court's plenary power in appeal number 04-11-00173-CR has expired; this court no longer has jurisdiction in that appeal. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

Further, this court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07. Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(b).

To obtain a free copy of the record to prepare a post-conviction writ of habeas corpus, Appellant must file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 325–26 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court